FILED
U.S. DISTRICT COURT
SAVA̲ ̲ IV.

2013 AUG 30   AM 11: 06

CLERK̲ ̲ ̲ ̲ ̲ ̲
SO. DIST. OF GA.

## IN THE UNITED STATES DISTRICT COURT FOR
### THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

DOCK MOORE, III,                    )
                                    )
        Petitioner,                 )
                                    )
v.                                  )        CASE NO. CV412-118
                                    )
BRIAN OWENS, Commissioner of        )
Corrections,                        )
                                    )
        Respondent.                 )
                                    )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 16), to which no objections have been filed.   After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case.   As noted in the report and recommendation, the Court declines to grant Petitioner a Certificate of Appealability, rendering moot any request for leave to appeal in forma pauperis.   The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this _30ᵗʰ_ day of August 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA