IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DOCK MOORE, III,           )
                           )
    Petitioner,             )
                           )
v.                          )   CASE NO. CV412-118
                           )
BRIAN OWENS, Commissioner of )
Corrections,                )
                           )
    Respondent.             )
                           )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 16), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As noted in the report and recommendation, the Court declines to grant Petitioner a Certificate of Appealability, rendering moot any request for leave to appeal in forma pauperis. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of August 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA